**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NAJI MUSAWIN YOMAN SHAKUR,

Plaintiff,

v. Civ. Case No.: 26-1408 SMD/SCY

CITY OF SANTA FE, NEW MEXICO, et al.,

Defendants.

**ORDER GRANTING MOTION FOR SERVICE**

This matter is before the Court on Plaintiff's Motion for Authorization of Service by United States Marshals Pursuant to 28 U.S.C. § 1915(d) and Declaration of Financial Inability to Pay Service Fees, filed September 28, 2026. Doc. 12. At that start of this case, Plaintiff paid the filing fee, Doc. 3, and thus is responsible for serving the Defendants. *See* 28 U.S.C. § 1915(d) (providing that "officers of the court shall issue and serve all process" in cases where the plaintiff is proceeding in forma pauperis). In his present motion, Plaintiff explains that although he paid the filing fee, he does not have the funds to pay for service and requests that the Court direct the Marshal Service to effect service on the 11 individual defendants. Doc. 12 at 1-2.

Federal Rule of Civil Procedure 4(c)(3) provides that, "[a]t the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915." "Where Plaintiff is not proceeding in forma pauperis, 'the decision whether to order the U.S. Marshal to serve the Summons and Complaint is left to the sound discretion of the Court.'" *Shaik v. Mordy*, No. CIV-24-256-JFH-

GLJ, 2026 WL 1943856, at *1 (E.D. Okla. Feb. 26, 2026) (citing *Freeman v. Raytheon Techs. Corp.*, 2022 WL 1984163, at *2 (D. Colo. June 6, 2022)).

In his motion, Plaintiff has presented sufficient financial information for the Court to conclude that, had he not paid the filing fee and instead moved to proceed in forma pauperis ("IFP"), the Court would have granted him IFP status under Section 1915(d). Doc. 12 at 2-3; *see also* 28 U.S.C. § 1915(a) (providing that the Court may authorize the commencement, prosecution, or defense of any suit without prepayment of fees by a person who submits an affidavit that includes a statement of all assets the person possesses and that the person is unable to pay such fees); *Scherer v. Kansas*, 263 F. App'x 667, 669 (10th Cir. 2008) ("[A]n application to proceed *in forma pauperis* should be evaluated in light of the applicant's present financial status."). As such, the Court will assist Plaintiff in effecting service according to Rule 4(c)(3).

The Clerk of the Court shall notify the individual Defendants, at the addresses listed below, that an action has been commenced and request that the individual Defendants waive service pursuant to Fed. R. Civ. P. 4(d). The individual Defendants are reminded of their duty to avoid unnecessary expenses of service and that failure to waive service without good cause may result in the imposition of expenses incurred in making service. Fed. R. Civ. P. 4(d)(1), (2)(A). If the waivers are not returned, the Court will issue a further order regarding service by the U.S. Marshal Service.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Authorization of Service by United States Marshal Pursuant to 28 U.S.C. § 1915(d) and Declaration of Financial Inability to Pay Services Fees (Doc. 12) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk's Office shall mail this Order, the Complaint (Doc. 1), two copies of the waiver of service form, and prepaid means of returning the form to the following Defendants:

Officer Kyle Elliott
Santa Fe Police Department
2515 Camino Entrada
Santa Fe, NM 87507

Sergeant Heinz DeLuca
Santa Fe Police Department
2515 Camino Entrada
Santa Fe, NM 87507

Officer D. Gallegos
Santa Fe Police Department
2515 Camino Entrada
Santa Fe, NM 87507

Officer Fabian Rojo
Santa Fe Police Department
2515 Camino Entrada
Santa Fe, NM 87507

Officer Damian Lopez
Santa Fe Police Department
2515 Camino Entrada
Santa Fe, NM 87507

Oscar Lopez
Santa Fe County Adult Detention Center
28 Camino Justicia
Santa Fe, NM 87508

Meredith Cockman
NM Law Office of the Public Defender
301 N. Guadalupe Street
Santa Fe, NM 87501

Gwen Shaw
NM Law Office of the Public Defender
301 N. Guadalupe Street
Santa Fe, NM 87501

Isaac Gentet
NM Law Office of the Public Defender
301 N. Guadalupe Street
Santa Fe, NM 87501

Mariah Vandenbroeke
153 Calle Ojo Feliz
Santa Fe, NM 87505

Faith Yoman
3152 La Paz Lane
Santa Fe, NM 87507

**IT IS SO ORDERED.**

HONORABLE STEVEN C. YARBROUGH
United States Magistrate Judge